THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORLANDO MELENDEZ, Appellant.

Submitted August 28, 2006; decided September 12, 2006

Motion for assignment of counsel granted and Edward J. Nowak, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL PERSON, Appellant.

Submitted August 28, 2006; decided September 12, 2006

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

JASON S. PLANCK, Appellant, v NEW YORK STATE OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE et al., Respondents.

Submitted June 26, 2006; decided September 12, 2006

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine an action or proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.